IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN BAER,

      Plaintiff,

v.                                  CASE NO. 5:09cv222-SPM/EMT

WALTER A. MCNEIL,
Secretary, Florida Department
of Corrections,

      Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 49. Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 52. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.      The magistrate judge's report and recommendation (doc. 49) is

ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for preliminary injunctive relief (doc. 34) is denied.

DONE AND ORDERED this 8th day of June, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge