IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN BAER,

    Plaintiff,

v.                                                        CASE NO. 5:09cv222-SPM/EMT

WALTER A. MCNEIL,
Secretary, Florida Department
of Corrections,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court on Plaintiff's Motion for Extension of Time (doc. 55) and Motion for Reconsideration and Written Opinion (doc. 56). Based on Plaintiff's statement that he did not receive a copy of the order denying his motion for preliminary injunction, the motion for extension of time will be granted. As for the motion for reconsideration and written opinion, the magistrate judge's report and recommendation (doc. 49) states the reasons for denial of the preliminary injunction  Accordingly, it is

ORDERED AND ADJUDGED:

1.      The Motion for Extension of Time (doc. 55) is granted.

2. The Motion for Reconsideration and Written Opinion (doc. 56) is denied.

DONE AND ORDERED this 7th day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge