IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN BAER,
    Plaintiff,

vs.                                                       Case No. 5:09cv222/SPM/EMT

WALTER McNEIL,
Secretary, Florida Department of Corrections,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiff's motion for voluntary dismissal of the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 58).

        Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Plaintiff's motion for voluntary dismissal (Doc. 58) be **GRANTED** and this case be **DISMISSED without prejudice**.

        At Pensacola, Florida, this 29th day of December 2010.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**